## NANCY BEAVIN *vs.* JOSEPH F. GOVE.

A mortgagee who has entered to foreclose and remains in possession may nevertheless maintain a writ of entry against the mortgagor to foreclose the mortgage.

WRIT OF ENTRY to foreclose a mortgage. Plea, *nul disseisin,* with a specification of defence that the demandant, before bringing her action, entered upon and took open and peaceable possession of the demanded premises, and leased them to Maria H. Gove, who was still in possession.

At the trial in the superior court, before *Putnam, J.,* it appeared that the demandant, before bringing this action, entered upon the premises, in the presence of two witnesses, to foreclose the mortgage for breach of condition; that a certificate of the

entry was duly recorded; that afterwards the demandant leased the premises to Maria H. Gove, the tenant's wife, who was occupying the premises at the time of the entry, the tenant then and ever since having been out of the Commonwealth; and that Maria H. Gove still remained in possession.

The case was withdrawn from the jury by consent of the parties, and the judge ruled that on the above facts this action could be maintained, and ordered judgment for the demandant. The tenant alleged exceptions.

*J. M. Stebbins,* for the tenant.

*G. M. Stearns & M. P. Knowlton,* for the demandant.

BY THE COURT. The case is not distinguishable from *Merriam* v. *Merriam,* 6 Cush. 91. See also *Page* v. *Robinson,* 10 Cush. 99; *Devens* v. *Bower,* 6 Gray, 126.

*Exceptions overruled.*